ACCEPTED
01-14-00687-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 5:27:06 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00687-CV

IN THE
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 5:27:06 PM
CHRISTOPHER A. PRINE
Clerk

## THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON, INC., THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON EDUCATION FOUNDATION, DAN PARSONS, CHRIS CHURCH, CHURCH ENTERPRISES, INC., GARY MILLESON, RONALD N. MCMILLAN, D'ARTAGNAN BEBEL, MARK GOLDIE, CHARLIE HOLLIS, AND STEVEN LUFBURROW,

*Appellants,*

**v.**

## JOHN MOORE SERVICES, INC. AND JOHN MOORE RENOVATION, LLC,

*Appellees.*

**APPELLANTS' RESPONSE TO APPELLEES' MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION AND REPLY IN SUPPORT OF APPELLANTS' MOTION TO VACATE MEMORANDUM ORDER OF REFERRAL TO MEDIATION AND RELATED ORDERS**

Lauren B. Harris
Texas Bar No. 02009470
lharris@porterhedges.com
Jeffrey R. Elkin
Susan K. Hellinger
M. Harris Stamey
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6624
Facsimile: (713) 226-6224

*Attorneys for Appellants*

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Appellants The Better Business Bureau of Metropolitan Houston, Inc. (the "Houston BBB"), The Better Business Bureau of Metropolitan Houston Education Foundation, Dan Parsons, Chris Church, Church Enterprises, Inc., Gary Milleson, Ronald N. McMillan, D'Artagnan Bebel, Mark Goldie, Charlie Hollis, and Steven Lufburrow (collectively, the "Houston BBB Defendants") file this response to Appellees' Motion for Extension of Time to Complete Mediation and reply in support of Appellants' motion to vacate the Memorandum Order of Referral to Mediation and related orders and would respectfully show the Court as follows:

After the Houston BBB Defendants filed their Motion to Vacate Memorandum Order of Referral to Mediation and Related Orders ("Motion to Vacate"), Appellees John Moore Services, Inc. and John Moore Renovation, LLC (collectively, "John Moore") filed an opposition to that motion and, in a separate filing, requested another extension of the mediation deadline based on the illness of John Moore's counsel. For the reasons stated in the Motion to Vacate, the Houston BBB Defendants oppose John Moore's request for another extension of the mediation deadline.

This is an accelerated, interlocutory appeal based on the Texas Citizens' Participation Act, a statute that is intended, among other things, to affect a prompt resolution of certain claims. Yet, this serial litigation has been ongoing for years

and this appeal has been effectively abated for six months. The prior delays have thwarted the Legislature's intent and prejudiced the Houston BBB Defendants, and any additional delay would only compound those circumstances.[1] The Houston BBB Defendants simply seek to have this appeal decided so this litigation can proceed to a conclusion.

For these reasons, the Houston BBB Defendants respectfully request that Appellees' Motion for Extension of Time to Complete Mediation be denied in its entirety and that the Court vacate its April 1, 2015 Memorandum Order of Referral to Mediation and the related orders extending the mediation deadlines.

Dated: October 12, 2015.

---

[1] Notably, John Moore does not dispute that the prior extensions of the mediation deadline have prejudiced the Houston BBB Defendants. It only argues, wrongly, that another extension "would not create any further prejudice for Appellants." Appellees' Response at 2.

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ Lauren Beck Harris*
    Lauren B. Harris
    Texas Bar No. 02009470
    lharris@porterhedges.com
    Jeffrey R. Elkin
    Texas Bar No. 06522180
    Susan K. Hellinger
    Texas Bar No. 00787855
    M. Harris Stamey
    Texas Bar No. 24060650
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6624
    Facsimile: (713) 226-6224

**ATTORNEYS FOR APPELLANTS THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON, INC., THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON EDUCATION FOUNDATION, DAN PARSONS, CHRIS CHURCH, CHURCH ENTERPRISES, INC., GARY MILLESON, RONALD N. MCMILLAN, D'ARTAGNAN BEBEL, MARK GOLDIE, CHARLIE HOLLIS, AND STEVEN LUFBURROW**

## CERTIFICATE OF SERVICE

Pursuant to Rules 6.3 and 9.5(b), (d), and (e) of the Texas Rules of Appellate Procedure, this is to certify that on this 12th day of October 2015, a true and correct copy of the foregoing was served on the following counsel of record by U.S. first class mail and by electronic delivery as follows:

Lori Hood
Bobbie L. Stratton
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
1301 McKinney Street, Suite 3700
Houston, TX 77010
(713) 650-9700
(713) 650-9701

*Attorneys for Appellees John Moore Services, Inc. and John Moore Renovation, LLC*

/s/ Lauren B. Harris
Lauren B. Harris

5122501v3